OPINION — AG — ** REPLACEMENT GLASS — SAFETY GLASS — MOTOR VEHICLES ** NEED AN OPINION WHETHER OR NOT PARAGRAPH (A) OF 47 O.S. 148 [47-148] PROHIBITS THE REPLACEMENT OF GLASS IN MOTOR VEHICLES WHICH ARE NOT " NEW " MOTOR VEHICLES WITH OTHER THAN SAFETY GLASS ? — IT DOES NOT APPLY PRIOR TO JANUARY 1, 1950 (WINDSHIELD, WINDOWS, AUTOMOBILES, DOOR GLASS SELL) CITE: 47 O.S. 148 [47-148] (JAMES C. HARKIN)